## THIRD DEPARTMENT, MARCH, 1917.

FRANK S. CAPELLO, Respondent, v. ASA L. MERRICK, Appellant.— Judgment unanimously affirmed, with costs.

ERNEST H. DAILEY, Respondent, v. DANIEL W. BEAGLE, Appellant.— Judgment unanimously affirmed, with costs.

JAMES E. FLYNN, Respondent, v. FRED R. BADGER, Appellant.— Judgment and order unanimously affirmed, with costs.

J. JOHN HASSETT, Appellant, v. HARRIET ARNOT RATHBONE, Personally and as President of T. BRIGGS & COMPANY, and Another, Respondents.— Motion for new trial denied, with ten dollars costs and disbursements, and judgment directed to be entered dismissing the complaint, with costs. All concurred; Sewell, J., not sitting.

WILLIAM E. MURPHY, Appellant, v. JOHN HOFMAN COMPANY, Respondent.— The judgment having been reversed (ante, p. 380) the appeal is dismissed.

In the Matter of the Claim of KATE FITZSIMMONS, Widow of MICHAEL FITZSIMMONS, Deceased, Appellant, for Compensation under the Workmen's Compensation Law, v. CLARENCE S. WADSWORTH, Employer, and TRAVELERS' INSURANCE COMPANY, Insurance Carrier, Respondents.— Decision unanimously affirmed.

In the Matter of the Application of the EFFMAN DAIRY COMPANY, INC., Appellant, for a Writ of Certiorari against CHARLES S. WILSON, Commissioner of Agriculture of the State of New York, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of JAMES DONOHUE, Respondent, for Compensation under the Workmen's Compensation Law, v. McKAIG-HATCH, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Lyon and Cochrane, JJ., who voted to reverse and remit the matter to the Commission under the authority of Matter of Grammici v. Zinn (219 N. Y. 322) and Matter of Kanzar v. Acorn Mfg. Co. (Id. 326).

In the Matter of the Claim of LEE HADDEN, Respondent, for Compensation under the Workmen's Compensation Law, v. E. L. STANTON, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of JOSEPH KAMMAR, Respondent, for Compensation under the Workmen's Compensation Law, v. EDITH A. HAWK, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Sewell, J., who dissented.

PETER F. CONNOLLY COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim 2744A.) — Judgment unanimously affirmed, without costs.

PETER F. CONNOLLY COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim 2744A.) — Judgment unanimously affirmed, without costs.